## OWENS v. WARDEN OF MARYLAND PENITENTIARY

[App. No. 94, September Term, 1965.]

*Decided February 15, 1966.*

Before HAMMOND, HORNEY, OPPENHEIMER, BARNES and McWILLIAMS, JJ.

PER CURIAM.

Application for leave to appeal is denied for the reasons set out in the opinion of Judge Cullen in the lower court.

*Application denied.*